K. Sew

#96-13977
McCoskey

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS** **116**

1-2/210

| Case | Debtor |
|---|---|
| 96-13977 "A" 312850338366 | McCOSKEY, ROBERT J. |
| UNCLAIMED FUNDS #6 #7 | |

TID #380360
PAUL DEBAILLON
PO Box 51387
Lafayette LA 70505-1387

Date 01/07/2008 $ *******5,977.41

~~~Five Thousand Nine Hundred Seventy-Seven Dollars and 41/100

Pay to the Order of CLERK US BANKRUPTCY COURT
EASTERN DISTRCIT

PAUL DEBAILLON

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈00000116⑈ ⑆021000021⑆312850338366⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 223334 - KW
* * C O P Y * *
January 11, 2008
15:07:02

TREASURY REGFUND
96-13977
ebtor.: ROBERT J. MCCOSKEY
rustee: Paul DeBaillon
mount.: $5,977.41 CH
heck#.: 116

otal-> $5,977.41

M: DEBAILLON

1/11/08
$5977.41
Deposited to unclaimed 6047BK Acct. due Creditor
Magnolia Credit - 4664.54
Tulane University - 1312.87
~~~